IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**BARTON A. SCHILLING,**

       **Petitioner,**                     **CASE NO. 2:06-cv-316**

       **v.**                                 **JUDGE FROST**

                                        **MAGISTRATE JUDGE ABEL**

**MIKE SHEETS,**

       **Respondent.**

## OPINION AND ORDER

On May 2, 2006, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be transferred to the United States Court of Appeals for the Sixth Circuit as a successive petition. Although the parties were specifically informed of their right to object to the *Report and Recommendation,* and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This case is hereby **TRANSFERRED** to the United States Court of Appeals for the Sixth Circuit as a successive petition.

       **IT IS SO ORDERED.**

                                                         /s/   Gregory L. Frost
                                                           GREGORY L. FROST
                                                  United States District Judge